THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island corporation, <br><br> Defendant. | NO.   2:22-cv-01074-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy & Ballew, L.L.P., attorneys for Plaintiff, and Ryan P. Hammond of Littler Mendelson, P.C., attorneys for Defendant, CVS Pharmacy, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, November 2021, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or

from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than November 2021.

DATED this __12th__ day of September, 2022.

| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
|---|---|
| *s/ Russell J. Reid* | *s/ Ryan P. Hammond* |
| Russell J. Reid, WSBA #2560 | Ryan P. Hammond, WSBA #38888 |
| 100 West Harrison Street | One Union Square |
| North Tower, Suite 300 | 600 University Street, Ste. 3200 |
| Seattle WA 98119 | Seattle WA 98191 |
| (206) 285-0464 | (206) 623-3300 |
| rjr@rmbllaw.com | rhammond@littler.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, November 2021, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from

collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than November 2021.

DATED this 15th day of September, 2022.

							_____
							RICARDO S. MARTINEZ
							UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:22-cv-01074-RSM
Page 3 of 3